# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LUDOWICI ROOF TILE, INC.,**

    **Plaintiff,**

    v.                                  **Case No. 12-cv-683**
                                        **Judge Gregory L. Frost**

**BORAL INDUSTRIES, INC., and**
**BORAL ROOFING LLC,**

    **Defendants.**

## ORDER

Defendants' Motion to Dismiss (ECF No. 12) shall come on for a non-oral hearing on December 11, 2012 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                                      /s/ **Gregory L. Frost**
                                                     Gregory L. Frost
                                                     United States District Judge